**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **TERRY L. CHAMBERS, SR.,** | § | |
| **PLAINTIFF,** | § | |
| | § | |
| **V.** | § | **CASE NO. 3:25-CV-3455-N-BK** |
| | § | |
| **NORTH TEXAS HEALTHCARE** | § | |
| **LAUNDRY ASSOCIATION,** | § | |
| **DEFENDANT.** | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, Defendant's 12(b)(6) Partial Motion to Dismiss (Doc. 7) is **GRANTED**, and Plaintiff's claims for breach of company employment policy, retaliation in violation of company policy, breach of the covenant of good faith and fair treatment, intentional infliction of emotional distress, and negligent infliction of emotional distress are **DISMISSED WITH PREJUDICE**.

**SO ORDERED** this 4th day of September, 2026.

DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE